United States District Court
Southern District of Texas
**ENTERED**
July 22, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Bernardo Valle Gaytan, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-3577 |
| | § | |
| Raymond Thompson, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Order Denying Petition for Writ of *Habeas Corpus*, Doc. 10, entered this same date, this action is DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 22nd of July, 2026.

_____
Nicholas J. Ganjei
United States District Judge